# Exhibit B



**SEALED**

AO 442 (Rev.11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   6:24-cr- 171-CEM-LHP |
| ARTEM ALEKSANDROVYCH STRYZHAK | ) | |
| Defendant | ) | |

RECEIVED USMS ORLANDO
2024 JUN 27 ᴘᴍ3:14

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ARTEM ALEKSANDROVYCH STRYZHAK

who is accused of an offense or violation based on the following document filed with the court:

☑  Indictment        ☐  Superseding Indictment    ☐  Information    ☐  Superseding Information    ☐ Complaint
☐  Probation Violation Petition    ☐  Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Fraud, Extortion, and Related Activity in Connection with Computers, and Extortion Involving a Protected Computer, in violation of 18 U.S.C. §§ 371, 1030(a)(7)(B).

Date:    06/26/24

_____
Issuing officer's signature

City and state:    Orlando, FL

Elizabeth Warren, Clerk of Court
United States District Court

_____
Printed name and title

| **Return** |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)*_____.

Date:  _____

_____
Arresting officer's signature

_____
Printed name and title