Exhibit D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

CASE NO. 6:24-cr-171-CEM-LHP

v.

ARTEM ALEKSANDROVYCH STRYZHAK

AFFIDAVIT IN SUPPORT OF REQUEST
FOR EXTRADITION

I, Nicholas Rogers, being first duly sworn, hereby depose and state as follows:

1.      I am a citizen of the United States residing in Florida.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI")
and have been so employed since August 2023. I am currently assigned to the Cyber
Crimes Squad of the FBI's Tampa Division. I successfully completed the 21 weeks of
New Agent Training at the FBI Academy in Quantico, Virginia in January 2024.
During that time, I received training in physical surveillance, legal statutes and
procedures, financial investigations, money laundering techniques, asset
identification, forfeiture and seizure, confidential source management, and electronic
surveillance techniques, including Title III monitoring. Since joining the FBI, I have
investigated violations of federal law to include those related to counterintelligence,
violent crime, national security cyber intrusion, and criminal cyber intrusion

violations. I am currently assigned to work primarily cases involving criminal cyber intrusion violations. As an FBI agent, I am authorized to investigate violations of federal law, and execute warrants issued under the authority of the United States. I have received training and possess actual experience relating to federal criminal procedures and federal statutes. I have conducted, coordinated, and participated in numerous federal investigations relating to computer-related crimes. I have also participated in the execution of numerous search warrants conducted by the FBI and have participated in the seizure of computer systems.

3.      My duties as a Special Agent have included the investigation of Artem Alexandrovich Stryzhak (hereinafter "STRYZHAK"), in the case of *United States of America v. Artem Alexandrovich Stryzhak*, Criminal Case Number 6:24-cr-171-CEM-LHP. As the lead case agent in the investigation, I am familiar with the facts involving the criminal activities of STRYZHAK. The information contained in this affidavit was gained from my investigative efforts, training, and experience, as well as the investigative efforts of other law enforcement officers, including officers of the FBI. In part, these investigative efforts have included the review of substantial digital evidence from multiple computer servers, email and electronic chat communications, financial records, and other documents, as well as interviews of victims.

4.      This affidavit does not include every fact observed by me or known to the United States government. Where the contents of the documents, digital evidence, or

2

the actions, statements, and communications of others are reported herein, they are reported in substance and in part only, except where otherwise indicated.

## I.    The Charges and Arrest Warrant

5.    On 26 June 2024, a federal grand jury sitting in Orlando, Florida returned an indictment in Criminal Case Number 6:24-cr-171-CEM-LHP charging STRYZHAK in two counts. Count One charges STRYZHAK with conspiracy to commit fraud, extortion, and related activity in connection with computers in violation of Title 18, United States Code (U.S.C.), Sections 371 and 1030(a)(5)(A) and (c)(4)(B) and 1030(a)(7)(B), (a)(7)(C), and (c)(3)(A). Count Two charges STRYZHAK with extortion involving a protected computer in violation of Title 18, U.S.C. Sections 1030(a)(7)(B), 1030(c)(3)(A), and 2.

6.    The indictment also contains forfeiture allegations against STRYZHAK seeking forfeiture of property and substitute assets pursuant to Title 18 U.S.C. Sections 982(b)(1), 982(a)(2)(B), 1030(i)(2), and Title 21, U.S.C. Section 853(p).

7.    On 26 June 2024, the United States District Court for the Middle District of Florida issued a warrant for the arrest of STRYZHAK based on the charges in the indictment. The arrest warrant remains valid and executable.

## II.    Overview

8.    STRYZHAK is a Ukrainian national currently residing in Spain. From at least June 2021 to at least January 2023, STRYZHAK and his co-conspirators were

3

engaged in a computer hacking and extortion scheme that targeted businesses in the United States and abroad using malicious software known as "Hive ransomware." In this time, the Hive ransomware group attacked approximately 1,500 victims and extorted approximately $110 million in ransom payments.

9. To effectuate the scheme, the Hive ransomware group obtained, without authorization, the means to access protected computers after which they exfiltrated data from victim companies. The Hive ransomware group also deployed Hive ransomware on victim companies' computer networks, which encrypted victim companies' data. They then extorted victim companies to pay a ransom demand, typically in Bitcoin (a type of cryptocurrency, also referred to as "BTC"), in exchange for a tool to decrypt their data and a promise to not publicly release data exfiltrated from the victim companies on the Hive leak site. The Hive ransomware group then divided the ransom payments amongst themselves according to their roles in the group.

10. STRYZHAK served as an "affiliate" for the Hive ransomware group, meaning that he identified and targeted victims using the ransomware made available by the Hive ransomware group's administrators. Between June 2021 and January 2023, the Hive ransomware group targeted over 1,500 victims with Hive ransomware. STRYZHAK himself targeted approximately seven victims as part of the Hive scheme.

4

11. The indictment charges STRYZHAK with a conspiracy charge related to his involvement in the ransomware group using the Hive ransomware variant to attack victims and an extortion charge for threats he made to a particular victim based in Florida in connection with his Hive activity.

III. Evidence of the Charged Offenses

A. Background on Ransomware

12. Ransomware is a type of malicious computer software that enables cybercriminals to encrypt victims' computers so that the cybercriminals can demand ransoms in exchange for decrypting the computers. Virtually all ransomware demands require victims to make payment using cryptocurrency addresses controlled by the cybercriminals responsible for the attack. Cybercriminals use cryptographic algorithms to encrypt victims' computer files and the only way to decrypt the data is with the cryptographic key created by the actors.

13. Many ransomware actors, including members of the Hive group, use a "double-extortion" model of attack. In the first phase, the actor infiltrates the victim network and identifies sensitive data. The actor then exfiltrates, or steals, this data. In the next phase, the actor will deploy the ransomware to encrypt the data on the victim's network. The actor will then demand a ransom not only to unlock or decrypt the victim's network, but the actor will also demand a ransom in exchange for not leaking or publicizing the victim's stolen data on the internet; such leaking/publication usually

5

occurs on a public shame site controlled by the ransomware actors. Ransom payments are typically made using cryptocurrency like Bitcoin. If a victim does not pay, then they actors will disclose the stolen data on their leak site.

B. The Hive Ransomware Conspiracy (Count One)

14. The offenses with which STRYZHAK was charged on 26 June 2024 stem from his role as an affiliate for the Hive ransomware group. As a Hive affiliate, between June 2021 and January 2023, STRYZHAK launched ransomware attacks using the Hive ransomware variant against victim networks and sought to extort those victims to unlock their systems and avoid their data being published to Hive's public data leak site.

15. On or about 26 January 2023, the FBI and its international law enforcement partners disrupted the infrastructure the ransomware group used to manage its operations. This included a backend database that contained records of the group's operations including information about affiliates, victims targeted, and ransoms demanded and received, that provided evidence of the group's activities and STRYZHAK's involvement.

16. The Hive ransomware group operated as a Ransomware as a Service ("RaaS") featuring administrators, sometimes called developers, and affiliates. RaaS is a subscription-based model where the developers or administrators develop a ransomware strain, create an easy-to-use interface with which to operate it, and then

6

recruit affiliates to deploy the ransomware against victims. The front-facing interface consisted of panels for the administrator, affiliates, and victims as well as a leak site. Affiliates identified targets and deployed this readymade malicious software to attack victims and then earned a percentage of each successful ransom payment. Hive actors employed a double-extortion model of attack. Before encrypting the victim system, the affiliate would exfiltrate or steal sensitive data. Once the ransomware was deployed to encrypt the system, a ransom note would be left on the victim's network. The ransom note directed the victim to the Hive negotiations platform hosted on the Tor network[1] and sought a ransom for both the decryption key necessary to decrypt the victim's system and a promise to not publish the stolen data on the Hive leak site. After a victim would pay, affiliates and administrators split the ransom. Most often the Hive actors split payments 80/20, with the 80 percent going to the Hive affiliate and the 20 percent to the Hive administrator. Hive published the data of victims who did not pay on the Hive leak site.

17.   In the Middle District of Florida, on or about 11 July 2021, Hive ransomware was used to attack and encrypt the computer network of a heavy

---

[1] The Tor (an acronym for The Onion Router) network is designed specifically to facilitate anonymous communication over the Internet. In order to access the Tor network, a user must install Tor software either by downloading an add-on to the user's web browser or by downloading the free "Tor browser bundle" available at www.torproject.org.

7

machinery company in Ocoee, Florida (Victim 1). The encryption of this company's network interrupted operations and caused the company to expend significant time and resources to become operational again.

18.    On or about 15 August 2021, a Hive affiliate accessed and encrypted servers and computers belonging to a hospital system in Ohio (Victim 2). Public reporting around the incident indicated that surgeries had to be rescheduled because of the attack. During negotiations, Hive actors reported they had approximately 200,000 patient records and approximately 1.2 TB of data. The initial ransom demand was $4.8 million in BTC. Victim 2 ultimately paid approximately $1.7 million in BTC. On or about 18 August 2021, after paying the ransom, Victim 2 received decryption keys from the Hive actors and began decrypting critical infrastructure for the hospital. Three hospitals and approximately 40 clinics connected to Victim 2's infrastructure had been affected by the ransomware. Staff were not able to access patient records and patients had to be diverted away from Victim 2's hospitals and clinics due to the inaccessibility of critical hospital infrastructure.

19.    On or about 16 October 2022, Victim 3, a company involved in healthcare billing headquartered in Tampa, Florida, was attacked using Hive ransomware. As part of the attack, servers on Victim 3's network, including a workstation at Victim 3's headquarters, were encrypted. Although the Hive actors initially demanded a $600,000 ransom, Victim 3 negotiated for and ultimately paid

8

$300,000 in BTC to an address provided by the Hive actors on or about 31 October 2022. Including the ransom payment, Victim 3 reported it lost close to $1 million in damages and remediation costs.

20.    On or about 26 December 2022, a Hive affiliate deployed Hive ransomware against Victim 4's network. As a result of the attack, Victim 4 reported that servers located in Winter Garden, Florida were accessed without authorization, had data exfiltrated from them, and were encrypted. Hive actors demanded a ransom of $350,000 and threatened to leak the company's data on the Hive leak site if the ransom was not paid. The victim did not pay and its data was posted to the Hive leak site. The victim reported that the total impact of the incident was approximately $100,000, including $50,000 paid for incident response.

C. STRYZHAK's Role in the Conspiracy

21.    As noted above, on 26 January 2023, the FBI seized servers belonging to the Hive ransomware group in a coordinated international operation. The servers contained the database the Hive actors used to manage their operations as well as code supporting the Hive ransomware platform.

22.    The Hive database contained multiple tables that ultimately supported the affiliate user interface accessible through the Hive ransomware platform. These tables included an "Affiliates" table that tracked information about affiliates including an internal id, moniker, and Jabber communication moniker. The database also

9

included a "Companies" table where Hive actors entered information about their targets, including name, a description of the company, estimated size, and estimated revenue.

23.     In the "Affiliates" table, the below entry for an affiliate reflects the creation of an affiliate using the moniker "Lescer" on 23 June 2021:

| id | 9wEpzMQqPQo_aff |
|---|---|
| admin_id | ADCUGdPq5wN_adm |
| title | Lescer |
| revshare | 80 |
| jabber | lescer@exploit.im |
| privileged | TRUE |
| status | unsuspended |
| created_at | 2021-06-23T17:45:00Z |
| updated_at | 2022-12-11T15:26:30Z |

24.     Lescer's internal identifier is listed above as: 9wEpzMQqPQo_aff. The "Companies" table reflects information entered by Lescer (based on the matching internal id) about companies targeted, including an entry for Victim 5 that was created on 23 June 2021, just a few hours after the above record shows Lescer's account was created:

10

| id | 9wSz813gmof_com |
|---|---|
| affiliate_id | **9wEpzMQqPQo_aff** |
| customer_id | 9wSz81VdnKt_cus |
| revshare | 85 |
| title | [VICTIM 5] |
| description | BEST LAW FIRMS 2021 USA |
| country | |
| tax_number | |
| website | [VICTIM 5 Website] |
| revenue | 9000000 |
| employees | 53 |
| comments | дату качнули на мегу как дальше публиковать и т.п разберемся по ходу |
| status | deleted |
| disclose_at | |
| created_at | 2021-06-23T21:08:00Z |
| encrypted_at | |
| disclosed_at | |
| updated_at | 2021-06-26T07:33:00Z |

11

25.    The FBI confirmed that Victim 5 was indeed attacked by conspirators using Hive ransomware on or about 24 June 2021. Additional database records associated with the user "Lescer" show that this affiliate was associated with seven victims in total – six in the United States and one in Portugal. As discussed in the Indictment, these victims also include Victim 6 (discussed in greater detail below) and Victim 7. Victim 7 was a healthcare provider located in the San Francisco area in California. Hive conspirators deployed Hive ransomware on Victim 7's network on or about 5 December 2022.

26.    Screenshots of the Hive leak site obtained by the FBI in August 2021 confirm that three victims associated with the Lescer moniker in the database, including Victims 5 and 6, were posted to the Hive leak site. This evidence establishes that an individual using the moniker Lescer was engaged with the Hive co-conspirators in using the Hive ransomware variant and its platform to attack and extort these victims.

D. Extortion of Victim 6 (Count 2)

27.    The Hive database includes an entry associated with Lescer's internal identifier for Victim 6 created on or about 14 July 2021. The entry included Victim 6's website and a description of the company from its website. Victim 6 provided information and records to the FBI reflecting that beginning on or about 30 July 2021, a threat actor began sending Victim 6 threatening messages regarding the disclosure of

12

data, first by email and then by telephone. The text of the first email sent to Victim 6

is below:

> Hi
> Your servers were hacked and encrypted 2 weeks ago, but you didnt answer us in TOR chat
> All your files were downloaded to our cloud servers
> You have 3 days to answer us in TOR chat
> If you dont answer during 3 days , we start publishing your data in public
> Also we will contact mass media resourses and your clients and telll them about your data leakage. And show them samples of files.
> You have a chance to fix this situation silently. The amount of payment is not big. Just contact us in blog and we will discuss it.
> If you dont do this then your business reputation will be destroyed. And clients will start law suits and trials
> We are waiting for your answer.
> We attach few samples of your files here to show that its true

28.    Although the email message did not identify the threat actor's connection

to Hive ransomware, the timing and text of the message are consistent with the

database entry being created approximately two weeks prior. Moreover, on or about

3 August 2021, a Victim 6 employee reported seeing social media posts that Victim 6

had been posted to the Hive leak site. The redacted screenshot below taken by the FBI

from the Hive Leak Site shows that Victim 6 was posted:

13



29. On 3 August 2021, another Victim 6 employee reported that the company's customer service Bot Chat received messages from an individual identifying himself as "Max Balken" with "hackers group" and sent a similar message to the text of the above email.

30. On 9 August 2021, an actor claiming to be named "Edward" called Victim 6. The call was recorded and provided to the FBI. The caller instructed Victim 6 to contact them by chat regarding the leak of the data and stated that if Victim 6 did not contact them the data would be posted online and there would be "penalties." Victim 6 received another email on or about 19 August 2021, that included files purportedly belonging to Victim 6.

14

31.    A Victim 6 employee reviewed files received with the original email sent on 30 July 2021, and concluded that although the threat was directed to Victim 6, the files did not belong to Victim 6, but were in fact from one of Victim 6's clients. The FBI confirmed that that client, a company based in New Jersey, had been attacked using Hive ransomware and received a ransom note from Hive on their encrypted system.

32.    The records from the database demonstrate that the individual using the Lescer moniker was sending threats to disclose data to Victim 6.

D.  Evidence Attributing the Lescer Moniker to STRYZHAK

33.    As noted above, the Hive database listed the moniker Lescer with a jabber handle lescer@exploit.im[2] as the affiliate responsible for attacks against seven victims, including Victim 6. The prosecution team has evidence that STRYZHAK controlled the Lescer moniker and its associated jabber handle.

34.    Data obtained by the FBI associated with the domain WT1Store – a darknet market selling stolen personal identifying information and credentials – one of the users of that darknet market with ID number 26775 registered for an account with the username "Lescer." This account also had contact information including the Jabber handle lescer@exploit.im and the email account agentbtc@protonmail.com.

---

[2] A jabber handle is an identifier that looks like an email account but is for accessing instant messaging hosted on a jabber server.

Records obtained from a Coinbase cryptocurrency exchange associated with the email address agentbtc@protonmail.com revealed that the account was registered to "Artem Stryzhak" with the phone number 66-0177504. Based on records acquired by the FBI, the same phone number 66-0177504 was used by a bank account registered to "АРТЕМ АЛЕКСАНДРОВИЧ СТРИЖАК" (Google Translate: ARTEM ALEXANDROVICH STRIZHAK).

35.     Reviewing the Russian criminal forum XSS.is (XSS), the FBI identified a profile page for the user account "Lescer" and obtained the below screenshot showing the account was created on 12 December 2018:

16



36.    Similarly the Lescer moniker and jabber handle lescer@exploit.im were found in posts made by Exploit user account "pavela005." As can be seen in the cropped screenshot below of the pavela005 profile page, the account uses the same avatar/image as the Lescer account on XSS above and has been in use since 21 October 2015:



17

37.    The pavela005 account made a post on or about 8 August 2017, to Exploit stating that he could be reached by private message at either lescer@exploit.im or lescer@dlab.im.

38.    Based on information obtained by U.S. authorities, another criminal forum had a user with the moniker "pavela005" with a jabber account of lescer@exploit.im and the email address art15137@gmail.com. The FBI obtained the content of the art15137@gmail.com account. The email account contained a number of artifacts showing the account was controlled by Artem STRYZHAK including:

- The Google Drive associated with the account contained a resume in Russian or Ukrainian with the defendant's true name of Artem Aleksandrovich Stryzhak; Education of Kharkiv[3] Institute of Business and Management, Kharkiv Faculty in Economics; date of birth of 25 March 1990; birthplace of Kharkiv City; Residence of Kharkiv, St. Nizhnegievskaya 151; and phone number of 38096145894. The resume states that Stryzhak knows English and is a confident user of working on a computer with standard office programs and applications;
- The account contact list contained kisskissyulya@gmail.com, which is the email account for STRYZHAK's wife;
- On or about 19 January 2017, at 6:53 AM, the art15137@gmail.com email account received an email notification from Google providing notice of a new sign in from Firefox on Windows to pavela005@gmail.com. The email text explained that the message was sent because art15137@gmail.com was listed as the recovery email for pavela005@gmail.com;
- On approximately 19 January 2017, at 6:57AM, an email from Google providing notice to art15137@gmail.com that "the recovery email for your Google Account pavela005@gmail.com was recently changed.";

---

[3] Because of transliteration from Cyrillic characters to English, the spelling of this city may differ.

18

- Numerous receipts from Apple addressed to Artem Stryzhak and his house address;
- An email from a Ukrainian bank sent on 12 August 2021, in reply to know your customer information sent earlier in the thread on the same day, depicting STRYZHAK holding his passport picture with a signed paper displaying the date 12 August 2021; and
- An Email from Pavela005@gmail.com to art15137@gmail.com with what appeared to be a screenshot of an international money transfer.

This information demonstrates that STRYZHAK had control over both the art15137@gmail.com and the pavela005@gmail.com accounts.

39.     Subscriber records for the Apple account for art15137@gmail.com indicated that the account was registered to "Artem Artem" in Ukraine. Although the primary phone number for the account was 7-0952079555, the records included alternate phone numbers including 066-0177504, which was identified above in subscriber records provided by Coinbase for an account registered to "Artem Stryzhak." The Apple account primary email address was listed as art15137@gmail.com and pavela005@gmail.com was the rescue email.

40.     Content data obtained for the email account pavela005@gmail.com revealed that it contained evidence of criminal activity. That email account received two messages from VPNLab.net, which was a popular VPN used by cybercriminals

19

before it was shut down in a law enforcement action.[4] The account also contained numerous emails from legalizer.info, an online drug forum.

41.    The Pavela005@gmail.com account also contained evidence of STRYZHAK's identity, including a 28 May 2017, email from Apple that stated "Hello, Artem Stryzhak!  At your request, two-factor authentication is enabled for Apple ID a*****@gmail.com."

42.    The above evidence demonstrates that STRYZHAK controlled accounts associated with the Lescer moniker and lescer@exploit.im Jabber and therefore is the likely user of the Lescer moniker found in the Hive database.

---

[4] According to an open-source publication located on Europol's website: "On 17 January 2022, disruptive actions took place in a coordinated effort by Germany, the Netherlands, Canada, the Czech Republic, France, Hungary, Latvia, Ukraine, the United States, and the United Kingdom. Law enforcement authorities have now seized or disrupted the 15 servers that hosted VPNLab.net's service, rendering it no longer available.  VPNLab.net was established in 2008, offering services based on OpenVPN technology and 2048-bit encryption to provide online anonymity for as little as USD 60 per year. The service also provided double VPN, with servers located in many different countries. This made VPNLab.net a popular choice for cybercriminals, who could use its services to carry on committing their crimes without fear of detection by authorities. Law enforcement took interest in the provider after multiple investigations uncovered criminals using the VPNLab.net service to facilitate illicit activities such as malware distribution. Other cases showed the service's use in the setting up of infrastructure and communications behind ransomware campaigns, as well as the actual deployment of ransomware." "Unhappy New Year for cybercriminals as VPNLab.net goes offline,"  EUROPOL,  accessible  at  https://www.europol.europa.eu/media-press/newsroom/news/unhappy-new-year-for-cybercriminals-vpnlabnet-goes-offline.

20

## IV.    Identification

43.    Artem Aleksandrovych STRYZHAK was born on 25 March 1990 and is a citizen of Ukraine.  Appended hereto at Tab 1 is a photograph of STRYZHAK holding his Ukrainian passport, which also contains his photograph.  This photograph image was found in the Google email account art15137@gmail.com that, as discussed above, STRYZHAK used to register an account in a criminal forum.

Respectfully submitted,

_____

Nicholas Rogers
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed.R.Crim. P. 41(d)(3) this
  15th     day of July, 2024.

_____

HONORABLE LESLIE HOFFMAN PRICE
United States Magistrate Judge

21

## TAB 1
## Photograph of Artem Aleksandrovych STRYZHAK

