UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:24-cr-171-CEM-LHP

ARTEM ALEKSANDROVYCH STRYZHAK

**NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to

Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that

the following attorneys may have a conflict of interest if appointed to represent the

above defendant because of representation of other individuals:

N/A

Dated: December 15, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Chauncey A. Bratt*
CHAUNCEY A. BRATT
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: chauncey.bratt@usdoj.gov

**U.S. v. Artem Aleksandrovych Stryzhak      Case No. 6:24-cr-171-CEM-LHP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

<div style="margin-left:45%">

*/s/ Chauncey A. Bratt*
CHAUNCEY A. BRATT
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: chauncey.bratt@usdoj.gov

</div>

2